IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM STEELE, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 06-0387-CG-C |
| JESSE LANGLEY, | : | |
| Defendant. | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby dismissed without prejudice.

**DONE and ORDERED** this 17th day of October, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE